IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKEY LOUIS ALFORD,

    Plaintiff,              No. CIV S-06-1351 FCD CMK P

    vs.

WARDEN EVANS,

    Defendants.        ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

/////

1

Dockets.Justia.com

1  In this case, the defendant(s) are located and the claim arose in Monterey County,
2  which is in the Northern District of California. Therefore, plaintiff's claim should have been
3  filed in the United States District Court for the Northern District of California. In the interest of
4  justice, a federal court may transfer a complaint filed in the wrong district to the correct district.
5  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).
6  Accordingly, IT IS HEREBY ORDERED that:
7  1. This court has not ruled on plaintiff's request to proceed in forma pauperis;
8  and
9  2. This matter is transferred to the United States District Court for the Northern
10 District of California.

12 DATED:  June 27, 2006.

                                                   _____
                                                   **CRAIG M. KELLISON**
                                                   UNITED STATES MAGISTRATE JUDGE

/mp
alfo 06cv1351.21a